**MINUTE ENTRY**
**AFRICK, J.**
**April 29, 2026**
**JS-00:05**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERI PRITCHETT** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-2456** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION I** |

**MINUTE ENTRY**

On this date, the Court held a telephone status conference with counsel for both parties participating. The Court and the parties discussed plaintiff Teri Pritchett's ("plaintiff") first amended complaint[1] and defendant Administrators of the Tulane Educational Fund's ("defendant") pending motion[2] to dismiss. The parties consented to dismissing defendant's motion as moot.

Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss[3] is **DISMISSED** as MOOT. Defendant has leave to file a new motion to dismiss with respect to plaintiff's amended complaint if appropriate.

New Orleans, Louisiana, April 29, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 16.
[2] R. Doc. No. 4.
[3] *Id.*