**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERI PRITCHETT** | **CIVIL ACTION NO. 2:25-cv-02456** |
| **VERSUS** | **JUDGE LANCE M. AFRICK** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND d/b/a TULANE UNIVERSITY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITION**

NOW INTO COURT comes Defendant, The Administrators of the Tulane Educational Fund ("Tulane") to compel written discovery responses from Plaintiff. On June 2, 2026, Tulane served its first set of interrogatories and requests for production on Plaintiff. Shortly thereafter, Tulane requested deposition dates for Plaintiff in August. Tulane has granted numerous extensions of time for Plaintiff to respond to discovery and repeatedly asked for Plaintiff's deposition availability, but Plaintiff has continually failed to produce anything in response. Tulane cannot proceed to take necessary depositions without full and complete discovery responses. Tulane has in good faith attempted to resolve these issues, as stated in its Rule 37 certificate below, and now seeks relief from the Court.

WHEREFORE, for the reasons more fully stated in the accompanying Memorandum in Support, Tulane requests this Court grant its Motion to Compel Discovery Responses and Deposition and order Plaintiff to produce complete responses to Tulane's first set of interrogatories and requests for production, third-party authorizations hand-signed by Plaintiff, and appropriate date(s) for Plaintiff's deposition.

Respectfully Submitted:

*/s/ Amy L. McIntire*

Amy L. McIntire (#35241)
Joan Sheridan (#41414)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 585-7000
Fax: (504) 585-7075
Email: mcintire@chaffe.com
joan.sheridan@chaffe.com

***Attorneys for Defendant, The Administrators of the Tulane Educational Fund***

## RULE 37 CERTIFICATE OF CONFERENCE

In keeping with Fed. R. Civ. P. 37(a)(1) and this Court's Local Rules, undersigned counsel for Defendant, Tulane, hereby certifies that she conferred with counsel for Plaintiff on the topics addressed in this motion by email and by telephone conference on July 7, 2026. Since then, the parties have continued to confer by email and/or phone calls on July 15, July 24, August 3, 4, and 7. Having complied with Rule 37(a)(1) in good faith, and still lacking any responses from Plaintiff, Tulane now moves to compel Plaintiff to produce outstanding discovery.

*/s/ Amy L. McIntire*